[No. 33153-5-II.  Division Two.  May 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW JAMES DENNI, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-01115-9, John F. Nichols, J., entered April 13, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 34016-0-II.  Division Two.  May 16, 2006.]

THOMAS E. MYERS, *Appellant,* v. THE CITY OF CHENEY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-07257-5, Salvatore F. Cozza, J., entered May 24, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 54359-8-I.  Division One.  May 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TRAVIS TROY SHOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-03524-2, Michael Heavey, J., entered May 18, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55083-7-I.  Division One.  May 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH GARY JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00748-1, David A. Nichols, J., entered September 13, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Dwyer, J.